## McCLURE et al. v. CUNNINGHAM et al. (No. 1213.)

(Court of Civil Appeals of Texas. El Paso. April 21, 1921.)

Injunction ⬤➡180—Temporary injunction properly dissolved after expiration of time it was prayed for and granted.

Where plaintiffs asked for a temporary injunction against school trustees and a county superintendent until they had their appeal from the action of the trustees to the state superintendent and state board of education, and an order was made granting the relief as asked for, the injunction was properly dissolved on a showing that the appeal had been taken and the action of the trustees had been affirmed.

Appeal from District Court, Erath County; J. B. Keith, Judge.

Suit by T. J. McClure and others against Maud Cunningham and others. From an order dissolving the temporary injunction, plaintiffs appeal. Affirmed.

R. L. Thompson and J. A. Johnson, both of Stephenville, for appellants.

Chandler & Pannill, of Stephenville, for appellees.

HARPER, C. J. This is an appeal from an order of the district court of Erath county dissolving a temporary injunction which prohibited the trustees of the Sunday Creek school district of Erath county from purchasing certain land for schoolhouse site and from purchasing lumber, etc., for erecting a house thereon and enjoining Maud Cunningham, as county superintendent, from approving vouchers, etc., for said purchases—

"until such times as the plaintiffs in the petition may have their appeal from the action of the trustees herein named to the State Superintendent of Public Instruction and of the State Board of Education of this state."

The order granted all the relief asked for by appellants by their original petition. The appellees made a motion to dissolve upon the grounds that the appellants had appealed as provided in the original order up to the State

Superintendent, and that the action of the trustees had been sustained, etc., and final order dissolving the writ recites that—

"The parties appeared in person and by attorneys, and the motion to dismiss and dissolve and the evidence thereon being heard, the injunction heretofore issued * * * is hereby dissolved."

The appellants having had their writ for the time prayed for and granted, the trial court did not err in dissolving the writ.

Affirmed.

---

&#8658;For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes